UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    PAUL J. GARAGOZZO<br>    LISA M. GARAGOZZO<br><br>               Debtors | Chapter 13<br>Bankruptcy No.19-14840-JKF |

## CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 18th day of December, 2019, by first class mail upon

those listed below:

PAUL J. GARAGOZZO
LISA M. GARAGOZZO
1011 SAGE ROAD
WEST CHESTER, PA  19382

**Electronically via CM/ECF System Only:**

STANLEY E LUONGO JR ESQ
126 WEST MINER ST
WEST CHESTER, PA  19382

 

                                                  */s/ Deborah A. Earnshaw*
                                                  Deborah A. Earnshaw
                                                  for
                                                  Scott F. Waterman, Esquire
                                                  Standing Chapter 13 Trustee