```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                              Case No. 19-14840-jkf
Paul J. Garagozzo                                                   Chapter 13
Lisa M. Garagozzo
       Debtors                        CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 2                  Date Rcvd: Jan 16, 2020
                              Form ID: pdf900              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb         +Paul J. Garagozzo,    Lisa M. Garagozzo,    1011 Sage Road,    West Chester, PA 19382-7472
14366806       +AMCOL Systems,    P.O. Box 21625,    Columbia, SC 29221-1625
14366808        Bryn Mawr Rehabilitation Hospital,     C/O ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
14366809       +Capital One, N.A.,    C/O Portfolio Recovery Associates, LLC,     P.O. Box 12903,
                 Norfolk, VA 23541-0903
14366810        Chase Bank USA, N.A.,    Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
14366811        Chester County Hospital,    C/O Emergency Care Specialists,    P.O. Box 667,
                 Toms River, NJ 08754-0667
14366812        Children's Hospital of Philadelphia,    Physicial Billing - PB CHOP,    P.O. Box 788017,
                 Philadelphia, PA 19178-8017
14366813        Children's Hospital of Philadelphia,    Physician Billing - PB CHOP,    P.O. Box 788017,
                 Philadelphia, PA 19178-8017
14366814       +Credit Control, LLC,    P.O. Box 31179,    Tampa, FL 33631-3179
14397987       +Fifth Third Bank,    5001 Kingsley Drive,    1MOBBW,    Cincinnati, Ohio 45227-1114
14366815        Fifth Third Bank,    P.O. Box 630412,    Cincinnati, OH 45263-0412
14370332        Fifth Third Bank Successor By Merger, et.al.,     C/o Mario J. Hanyon, Esq.,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14370384       +Fifth Third Bank Successor By Merger, et.al.,     c/o MARIO J. HANYON,
                 Phelan Hallinan & Schmieg,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
14366816        Greensky,    P.O. Box 29429,    West Chester, PA 19382
14366817        Home Depot - Citibank, N.A.,    P.O. Box 9001010,    Louisville, KY 40290-1010
14366818       +Home Depot Loan Program,    C/O Sun Trust Bank,    P.O. Box 29429,    Atlanta, GA 30359-0429
14375720       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14366820       +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
14366821        Main Line Health,    C/O Patient Payments,    P.O. Box 780163,    Philadelphia, PA 19178-0163
14366822        Malvern Bank, National Association,    Cardmember Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
14393951       +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
14366824        Midland Credit Management, Inc.,    P.O. Box 301030,    Los Angeles, CA 90030-1030
14366828        PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
14375182       +PNC Bank National Association,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14400403       +PNC Bank, National Association,    Attn: Bankruptcy,    P.O. Box 94982,
                 Cleveland, OH 44101-4982
14366826        Penn Medical,    P.O. Box 824406,    Philadelphia, PA 19182-4406
14366827       +Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
14366830       +ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
14366833        RGS Financial,    P.O. Box 6559,    Englewood, CO 80155-6559
14366831       +Radius Global Solutions, LLC,    P.O. Box 390900,    Minneapolis, MN 55439-0990
14378021        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis, MO 63166-0108
14366838       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    P.O. Box 2188,    Oshkosh, WI 54903)
14387081        USB Leasing LT,    c/o U.S. Bank National Association,    Bankruptcy Department,    PO Box 5229,
                 Cincinnati, Ohio 45201-5229
14366835       +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
14366837        University of Penn Health System,    c/o Penn Credit,    P.O. Box 69703,
                 Harrisburg, PA 17106-9703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:43:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:48      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14366807       +E-mail/Text: legal@arsnational.com Jan 17 2020 03:43:39      ARS National Services, Inc.,
                 P.O. Box 469100,    Escondido, CA 92046-9100
14366805        E-mail/Text: bnc@alltran.com Jan 17 2020 03:43:27      Alltran Financial, LP,    P.O. Box 722929,
                 Houston, TX 77272-2929
14399659        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2020 03:43:47
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14366819        E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:26      Lowe's / Synchrony Bank,
                 P.O. Box 530914,    Atlanta, GA 30353-0914
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Jan 16, 2020
                              Form ID: pdf900              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14366823       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 03:44:18      Midland Credit Management,
                 2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
14366825        E-mail/Text: bnc@nordstrom.com Jan 17 2020 03:43:31      Nordstrom Card Services,
                 P.O. Box 6566,   Englewood, CO 80155-6566
14366829        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:12
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,   Norfolk, VA 23502
14400326        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:10
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14380666        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 17 2020 03:58:18      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
14366832        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 17 2020 03:58:18      Regional Acceptance Corporation,
                 P.O. Box 580075,   Charlotte, NC 28258-0075
14366834       +E-mail/PDF: pa_dc_claims@navient.com Jan 17 2020 03:47:57      Sallie Mae,   P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
14400264        E-mail/Text: ebn_bkrt_forms@salliemae.com Jan 17 2020 03:45:03      Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
14367879       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14366839        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:40      Wayfair - Comenity Bank,
                 P.O. Box 659617,   San Antonio, TX 78265-9617
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14397988*      +Fifth Third Bank,   5001 Kingsley Drive,   1MOBBW,   Cincinnati, Ohio 45227-1114
14366836*      +United Collection Bureau, Inc.,   5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
          JEROME B. BLANK    on behalf of Creditor    Fifth Third Bank Successor By Merger, et.al.
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Fifth Third Bank Successor By Merger, et.al.
           paeb@fedphe.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          STANLEY E. LUONGO, JR.    on behalf of Debtor Paul J. Garagozzo stan.luongo@luongobellwoar.com,
           nicole.werner@luongobellwoar.com
          STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Lisa M. Garagozzo
           stan.luongo@luongobellwoar.com,  nicole.werner@luongobellwoar.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　PAUL J. GARAGOZZO<br>　　LISA M. GARAGOZZO<br><br>　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 19-14840-JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEAN K. FITZSIMON
　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE